1 **FARUQI & FARUQI, LLP**
Lisa Omoto (SBN: 303830)
2 *lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
3 Los Angeles, California 90067
Telephone: (424) 256-2884
4 Facsimile: (424) 256-2885

5
*Attorney for Plaintiff*
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNY SCHIPPELL on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>Defendant. | Case No.: 5:23-cv-00410 JGB (SHKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: March 9, 2023<br><br>Judge: Hon. Jesus G. Bernal<br>Trial Date: Not Set |

**TO THE COURT, CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA, AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Bonny Schippell, by and through her counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby

---
NOTICE OF DISMISSAL
(Case No. 5:23-cv-00410 JGB (SHKx))

dismisses the Amended Complaint with prejudice as to her individual claims. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendant has not answered the Amended Complaint or filed a motion for summary judgment.

Dated: October 4, 2023

Respectfully submitted,

**FARUQI & FARUQI, LLP**
**By:** */s/ Lisa T. Omoto*
Lisa T. Omoto (SBN 303830)
*lomoto@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Attorney for Plaintiff*

NOTICE OF DISMISSAL
(Case No. 5:23-cv-00410 JGB (SHKx))